FILED 10/25/2004 3:22:55 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM ST. PETER ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. _____ |
| ) | |
| v. ) | |
| ) | |
| ) | COMPLAINT AND |
| ) | JURY DEMAND |
| CONSTRUCTION MATERIALS, INC. ) | |
| and C.T. CORPORATION SYSTEM, INC. ) | |
| Defendants. ) | |
| ) | |

COMES NOW the Plaintiff, William St. Peter, and for his cause of action against Defendants hereby states the following:

1. This is an action under Title VII of the Civil Rights Act of 1964, the Iowa Civil Rights Act and the Age Discrimination in Employment Act, challenging the age discrimination, retaliation and other wrongful employment practices directed at the Plaintiff William St. Peter by the Defendant.

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. section 1331, and 29 U.S.C. §621 et seq. and the Court's pendent claim jurisdiction under 28 U.S.C. section 1367(a).

3. Venue is appropriate in this District under U.S.C. section 1391(b) and (c).

4. Plaintiff William St. Peter is a resident and citizen of Des Moines, Polk County, Iowa.

5. Defendant Construction Materials, Inc. & C.T. Corporation System (hereinafter referred to as "Construction Materials") are Minnesota corporations doing business in Polk County, Iowa.

6. The acts of which Plaintiff complains occurred in Polk County, Iowa.

## PROCEDURAL REQUIREMENTS

7. On or about April 23, 2004, within 180 days of the acts of which he complains, Plaintiff filed charges of Plaintiff filed charges of employment discrimination against Defendants with the Iowa Civil Rights Commission and the Equal Employment Opportunity Commission.

8. On or about July 29, 2004, less than 90 days prior to filling this Complaint, the Iowa Civil Rights Commission issued an Administrative Release with respect to Plaintiff's charges.

9. On approximately August 5, 2004, less than 90 days prior to filing this Complaint, the Equal Employment Opportunity Commission issued a Notice of Right-to-Sue with respect to Plaintiff's charges.

## FACTS

10. Plaintiff was born June 19, 1947.

11. Plaintiff began working for Defendants in approximately June, 1999.

12. Plaintiff began in the warehouse and eventually became a bender and fiibber cutter.

13. Over the course of his employment, Plaintiff was laid off during slow periods in the construction season. He was always rehired at the end of the slow-down.

14. Other than a few minor infractions, Plaintiff had no disciplinary record with the Defendants.

15. Plaintiff was terminated on November 19, 2003. He was informed he was not being laid off, but rather was being fired and would not be eligible for rehire.

16. Plaintiff was not given a reason for his termination.

17. At the time of his termination, Plaintiff was 56 years old.

18. At approximately the same time that Plaintiff was terminated, four other employees were terminated. Three of the other employees were also over the age of 40 years old.

19. At the time of Plaintiff's termination, several younger men were retained who had less seniority than Plaintiff. The men also had far more significant disciplinary issues than Plaintiff.

## COUNT I
## VIOLATION OF 29 U.S.C. SECTION 621
## AGE DISCRIMINATION

20. Plaintiff repleads paragraphs 1 through 19 as if fully set forth herein.

21. Defendants discriminated against Plaintiff with respect to terms and conditions of his employment on the basis of his age in violation of 29 U.S.C. §621, et.seq., the Age Discrimination in Employment Act.

22. As a proximate cause of Defendants' acts and omissions, Plaintiff has in the past and will in the future suffer damages including, but not limited to mental and emotional distress; anguish; humiliation; embarrassment; medical, therapeutic, and other expenses; lost enjoyment of life; lost wages; benefits; and other emoluments of employment.

23. Defendants' actions were done with malice and with reckless indifference to Plaintiff's federally protected rights.

WHEREFORE, Plaintiff William St. Peter demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate him for his injuries and damages, for punitive damages in an amount which will punish Defendants and deter others, for interest as allowed by law, for attorney's fees, for the cost of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Age Discrimination in Employment Act.

## COUNT II
### VIOLATION OF IOWA CODE CHAPTER 216
### AGE DISCRIMINATION

24. Plaintiff repleads paragraphs 1 through 23 as if fully set forth herein.

25. Defendants discriminated against Plaintiff with respect to terms and conditions of his employment on the basis of his age in violation of the Iowa Civil Rights Act.

26. As a proximate cause of Defendants' acts and omissions, Plaintiff has in the past and will in the future suffer damages as set forth above.

WHEREFORE, Plaintiff William St. Peter demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate him for his injuries and damages, for interest as allowed by law, for attorney's fees, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

### JURY DEMAND

COMES NOW the Plaintiff and through his attorneys, hereby requests a trial by jury in the above-captioned matter.

FIEDLER, TOWNSEND & NEWKIRK, P.L.C.

_____/s/ Beth A. Townsend_____
Beth A. Townsend, PK  17084
btownsend@fiedlertownsend.com
5501 NW 86th Street, Suite 100
Johnston, Iowa  50131
Telephone:  (515) 254-1999
Fax:  (515) 254-9923
ATTORNEYS FOR PLAINTIFF

Original Filed.